53 So.3d 1146 (2011)
David SAINTIL, Appellant,
v.
STATE of Florida, DEPARTMENT OF CORRECTIONS, Appellee.
No. 3D10-1519.
District Court of Appeal of Florida, Third District.
February 2, 2011.
Rehearing Denied March 8, 2011.
Geller Mitha and David Geller, for appellant.
Kendra Lee Jowers, for appellee.
Before GERSTEN, SHEPHERD, and LAGOA, JJ.
PER CURIAM.
Affirmed. See § 948.11, Fla. Stat. (2009); Freeman v. State, Dep't of Health & Rehab. Servs., 436 So.2d 964 (Fla. 3d DCA 1983).